UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:05CR30007-001 |
| | ) | |
| MICHAEL J. DUDEK, a/k/a | ) | |
| John Paul Hendricks | ) | |

**ORDER OF DISMISSAL**

Now on this 17th day of May, 2006, comes on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that such Motion should be granted.

IT IS THEREFORE ORDERED that the Indictment filed in the above-entitled and numbered cause on November 17, 2005, be, and the same hereby is, dismissed with prejudice.

IT IS SO ORDERED.

    /s/ Jimm Larry Hendren
Honorable Jimm Larry Hendren
Chief United States District Judge